| | | | | |
|---|---|---|---|---|
| Spiegel v. State | 49A02–1604–PC–773 | 12/08/2016 | BAILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | MAY, J. | Concurs |
| Thompson v. State | 49A05–1605–CR–1082 | 12/08/2016 | BAILEY, J. | Affirmed in part, Reversed in part, and Remanded |
| | | | NAJAM, J. | Concurs |
| | | | MAY, J. | Concurs |
| Paxson v. State | 38A02–1607–CR–1646 | 12/08/2016 | BAILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | MAY, J. | Concurs |
| Johnson v. State | 82A01–1605–CR–1088 | 12/08/2016 | RILEY, J. | Affirmed and Remanded |
| | | | CRONE, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Harris v. State | 18A04–1604–CR–919 | 12/08/2016 | BROWN, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Matly v. Citimortgage, Inc. | 29A04–1608–MF–1761 | 12/08/2016 | RILEY, J. | Affirmed |
| | | | CRONE, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Watkins v. State | 82A05–1603–CR–625 | 12/08/2016 | BROWN, J. | Affirmed |
| | | | ROBB, J. | Concurs |
| | | | MATHIAS, J. | Concurs |
| Vidal v. State | 40A01–1603–CR–552 | 12/09/2016 | MATHIAS, J. | Affirmed |
| | | | ROBB, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Clark v. State | 02A03–1607–CR–1481 | 12/09/2016 | BROWN, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Kidwell v. State | 15A04–1511–CR–1972 | 12/09/2016 | BROWN, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | BAKER, J. | Dissents in part, Concurs in part, with Separate opinion |